**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GEORGIA JANISSE,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-02787

Judge Matthew F. Kennelly

Magistrate Judge Laura K. McNally

**PLAINTIFF'S STATUS REPORT**

Pursuant to ECF Notice [21], Plaintiff, GEORGIA JANISSE ("Plaintiff"), hereby files this status report solely on behalf of Plaintiff.

The defendants in this case were properly served on April 9, 2026, pursuant to this Court's Order [21]. A summons returned executed was filed that same day. *See* [24]. At the time of this filing, no defendants have appeared.

Plaintiff filed a motion [26] for entry of default and default judgment on May 1, 2026. A proposed order was submitted to the Court's proposed order inbox that same day. If and once the default judgment order is entered, the case can be terminated at the Court's earliest convenience.

DATED:  May 27, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 27, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt

2