✎ AO 121 (6/90)

| TO: | | |
|---|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  **1:26-cv-02787** | DATE FILED  **3/12/2026** | Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Georgia Janisse | The Partnerships and<br>Unincorporated Associations<br>Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | see attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☒ No | DATE RENDERED<br>5/28/2026 |
|---|---|---|
| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>M. Nowak | DATE<br>6/01/2026 |

**DISTRIBUTION:**  1) Upon initiation of action, mail copy to Register of Copyrights  2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights  3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court  5) Case File Copy

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Georgia Janisse

                          Plaintiff,

v.                                       Case No.:
                                       1:26−cv−02787

                                       Honorable
                                       Matthew F.
                                       Kennelly

The Partnerships and Unincorporated Associations
Identified on Schedule A

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 28, 2026:

        MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for default judgment [26] is granted. Final Default Judgment Order to follow. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **_www.ilnd.uscourts.gov_**.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ MILES E. NOWAK
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
June 1, 2026

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-167

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | JAN240 - Golden Sunset on Crystal Cove |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | February 20, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Georgia Janisse |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Georgia Janisse |
| | 1085 Waterford Drive, Greenwood, IN, 46142, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Penny Lane Fine Art & Licensing |
| **Name:** | Zachariah Jones |
| **Address:** | 1791 Dalton Drive |
| | New Carlisle, OH 45344 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 16, 2025 |
| **Applicant's Tracking Number:** | GJ2025070801 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-165**

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
July 31, 2025

## Title

| | |
|---|---|
| **Title of Work:** | JAN222 - Seascape I |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | September 06, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Georgia Janisse |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Georgia Janisse |
| | 1085 Waterford Drive, Greenwood, IN, 46142, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Penny Lane Fine Art & Licensing |
| **Name:** | Zachariah Jones |
| **Address:** | 1791 Dalton Drive |
| | New Carlisle, OH 45344 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 16, 2025 |
| **Applicant's Tracking Number:** | GJ2025070802 |

